IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| ROBERT MANUS and NANCY MANUS, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DUPUY ORTHOPAEDICS, INC. and )<br>JOHNSON & JOHNSON, )<br>)<br>Defendants. ) | Cause No. 1:10-cv-1162 WDS/DJS |

ORDER TO SHOW CAUSE

Records in this office indicate that the above-captioned civil action was filed in this court on December 7, 2010; and further records fail to reflect that service of process has been made to date as to defendants.

Pursuant to Rule 41.1 of the Rules of United States District Court for the District of New Mexico: A civil action may be dismissed if, for a period of ninety (90) calendar days, no steps are taken to move the case forward.

**NOTICE IS HEREBY GIVEN** that the above-captioned case against said defendants may be dismissed in thirty (30) days from the date of this notice unless good cause is shown for its retention on the Court's docket.

_____
DON J. SVET
United States Magistrate Judge